1

2

3

UNITED STATES DISTRICT COURT

4

DISTRICT OF NEVADA

5

* * *

6

UNITED STATES OF AMERICA,            )
                                     )
7            Plaintiff,               )          2:11-CR-00406-PMP-GWF
                                     )
8    v.                              )
                                     )
9    LISA HART WIMBUSH,               )          ORDER
                                     )
10           Defendant.               )
                                     )
11   _____ )

12          IT IS ORDERED that the Federal Public Defender's Ex Parte Motion to

13   Withdraw as Counsel and Have Counsel Appointed (Doc. #29) is hereby GRANTED.

14

15   DATED: August 13, 2012

16   _____
                            PHILIP M. PRO
17                          United States District Judge

18

19

20

21

22

23

24

25

26